# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI HARRISON LIGHTFOOT,<br>   Plaintiff,<br><br>    v.<br><br>COMPASSUS OP OF<br>CALIFORNIA LLC,<br>   Defendant. | CV 20-10584 DSF (RAOx)<br><br>Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction |

 Defendant removed this case to this Court on the basis of diversity jurisdiction. However, the citizenship of one or more parties is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Defendant correctly stated the rule and traced ownership of Defendant back through several layers of LLCs but then strangely stopped at FC Compassus, LLC without identifying the member(s) of that LLC or their citizenship(s).

 Therefore, Defendant is ordered to file an amended notice of removal no later than December 31, 2020, correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being remanded.

 IT IS SO ORDERED.

Date: December 10, 2020

                _____
                Dale S. Fischer
                United States District Judge